NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
MANNING LAW, APC
20062 SW Birch Street, Ste. 200
Newport Beach, CA 92660
Office: (949) 200-8755
DisabilityRights@manninglawoffice.com

ATTORNEY(S) FOR: ANTHONY BOUYER, an individual,

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ANTHONY BOUYER, an individual, | CASE NUMBER: |
|---|---|
| Plaintiff(s), | |
| v. | |
| BARRAGAN CAFE, a California corporation; and DOES 1-10, inclusive, | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiff ANTHONY BOUYER_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| ANTHONY BOUYER, an individual, | PLAINTIFF |
| BARRAGAN CAFE, a California corporation; and DOES 1-10, inclusive, | DEFENDANT |

January 28, 2021
Date

/s/ Joseph R. Manning, Jr.
Signature

Attorney of record for (or name of party appearing in pro per):

PLAINTIIFF

CV-30 (05/13)            NOTICE OF INTERESTED PARTIES