NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Stephen E. Abraham, Esq. (SBN 172054)
stephen@abraham-lawoffices.com
Law Offices of Stephen Abraham
1592 Pegasus Street
Newport Beach, CA 92660
Telephone: (949) 878-8608
Facsimile: (714) 852-3366

ATTORNEY(S) FOR: Defendant Barragan Cafe

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff(s),<br>v.<br>BARRAGAN CAFE, a California corporation; and DOES 1-10, inclusive,<br><br>Defendant(s) | CASE NUMBER:<br>2:21-cv-00815-JFW-AFM<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Defendant Barragan Cafe or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Defendant Barragan Cafe | No parent or sibling entity |

March 8, 2021
Date

/s/ Stephen E. Abraham
Signature

Attorney of record for (or name of party appearing in pro per):

Defendant Barragan Cafe