**Law Offices of Stephen Abraham**
Stephen E. Abraham, Esq. (State Bar No. 172054)
stephen@abraham-lawoffices.com
1592 Pegasus Street
Newport Beach, California 92660
Telephone: (949) 878-8608
Facsimile: (714) 852-3366

Attorney for Defendant Barragan Cafe

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY BOUYER**, an individual,<br><br>*Plaintiff*,<br><br>v.<br><br>**BARRAGAN CAFE**, a California corporation; and DOES 1-10, inclusive,<br><br>*Defendants*. | Case No. 2:21-cv-00815-JFW-AFM<br>**DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE**<br>**[DOC. 17]**<br>Honorable John F. Walter |

Defendant Barragan Café ("**Defendant**"), by and through its counsel of record, hereby provides this response to the Court's September 22, 2021 Order to Show Cause [Doc. 17] as follows:

The failure to respond to Plaintiff's inquiries was not intentional. This Court had ordered the parties to engage in private mediation. Inadvertently, the deadline for completion of this task was not calendared. Nevertheless, during the summer, the parties had actively engaged in settlement negotiations. On September 1, 2021, an employee of Plaintiff's firm sent an e-mail regarding selection of a mediator. During that same time, Defendant's attorney was communicating with Plaintiff's counsel regarding settlement, then clinging to the likelihood of settlement. In fact,

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA 92660
(949) 878-8608

Response to OSC　　　　　　　　　　1
DEFENDANT'S RESPONSE TO OSC

at that time the parties were very close to settlement, separated by a very small amount – a fraction of the cost of a private mediator. When on September 9, 2021 an e-mail was sent by one of Plaintiff's attorneys regarding mediation, advising of a deadline only two workdays away, they were still discussing the possible settlement terms. The attorney for Plaintiff filing the status report was not the attorney with which Defendant's attorney was continually communicating.

As a result of the efforts of the parties' respective counsel and the active discussions of two in particular, the terms of settlement were reached on September 22, 2021 and a settlement agreement circulated, the form of which is sufficiently familiar to the respective counsel and likely to be finalized around September 24, 2021.

A notice of settlement was filed on September 22, 2021.

Neither Defendant nor its counsel intended any increased burden on the court or on any parties to the litigation. Rather, attention was focused on efficient resolution of the case.

On the basis of the foregoing, Defendant and its counsel respectfully request that this Court discharge the order to show cause and that no sanctions be imposed.

Respectfully submitted.

Dated: September 23, 2021     LAW OFFICES OF STEPHEN ABRAHAM

By:      /s/ Stephen E. Abraham
         Stephen E. Abraham
         Attorney for Defendant

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA
92660
(949) 878-8608

Response to OSC                            2
DEFENDANT'S RESPONSE TO OSC